DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL THOMAS WEAVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1387

[August 22, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case Nos. 432017CF000768A, 432017CF000770A, and 432017CF000822A.

Daniel T. Weaver, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***